## MELINDA DIAZ *v.* JAYESH B. SHELAT ET AL.
## (AC 15994)

O'Connell, Lavery and Schaller, Js.

Argued May 27—officially released June 24, 1997

Per Curiam. This case is controlled by *Guthrie* v. *Hartford National Bank & Trust Co.*, 146 Conn. 741, 156 A.2d 192 (1959).

The appeal is dismissed for lack of a final judgment.